Entered on Docket May 13, 2020

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| In re: | Case No. 19-43853-BDL |
| BROWN, SUSAN KAY | *Chapter 7* |
| | *EX PARTE* ORDER AUTHORIZING EMPLOYMENT OF REALTOR |
| Debtor(s). | |

The Court having considered the application of the Trustee to employ a realtor for the sale of property located at 1327 Bishop Rd, Chehalis, WA 98532 and it appearing that the firm of RE/MAX Eastside Brokers, its members and associates and Kai Rainey, specifically, are disinterested persons. The employment of said realty firm by the Trustee is in the best interest of the estate; it is hereby

ORDERED that the Trustee is authorized to employ the firm of RE/MAX Eastside Brokers generally, as realtor for the Debtor's estate. All compensation to be paid to the professional shall be subject to further Bankruptcy Court approval upon proper notice to creditors.

/ / / End of Order / / /

Presented By:

*/s/ Brian L. Budsberg*
Brian L. Budsberg
Trustee

*PROPOSED EX PARTE* ORDER AUTHORIZING
EMPLOYMENT OF REAL ESTATE BROKER
Page 1

Brian L. Budsberg
trustee@budsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone: (360) 584-9093