# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>SUSAN KAY BROWN<br><br>    Debtor(s) | Chapter 13 Bankruptcy<br>No. 19-43853-BDL<br><br>ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN and SUSAN H, SEELYE and the Law offices of Brown and Seelye PLLC, is hereby allowed to withdraw as attorney of record for the debtor(s) in the above-entitled matter.

///end of order///

Presented By:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

**BROWN and SEELYE**
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196