06/10/2020

WA State Bankruptcy Court

1717 Pacific Ave

Suite 4100

Tacoma, WA 98402

To whom it may concern;

19-43853- BDL

My name is Susan Brown, my case number is    I am requesting the courts to dismiss the bankruptcy that I filed due to the following circumstances. I found out today on Wednesday June 10th that my lawyer dropped me as a client, so I have no representation to move forward. I had disclosed owning a trailer on 1327 Bishop Rd after further investigation by the administrator courts I later found out that I own the property the trailer sits on and not just the trailer and now I am being told I was not forthcoming with all information. Your honor I was not aware of these circumstances so for these reasons I am asking this case to be reviewed and dismissed and I will go back to paying my creditors.

Sincerely,

*Susan Brown*

Susan Brown

1327 Bishop Rd

Chehalis, WA 98532

(407)489-3665

Email hugs.56464@gmail.com