Brian L. Budsberg
Chapter 7 Trustee
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
(360) 584-9093

The Honorable Brian D. Lynch
Location: Tacoma, Washington
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

In re:

BROWN, SUSAN KAY

Debtor

Case No. 19-43853-BDL
*Chapter 7*

TRUSTEE'S OBJECTION TO DEBTOR'S REQUEST TO DISMISS CASE

I, Brian L. Budsberg, declare under penalty of perjury under the laws of the State of Washington:

1. I am the Court appointed Trustee in the above referenced Chapter 7 bankruptcy case. I have personal knowledge of the facts stated herein and am competent to testify to them. I am objecting the the Debtor's informal request to dismiss her case even though the Debtor has not set the motion for hearing. My intent is to provide additional information to the Court of issues involving the case, and will take further action if the Debot files a formal motion.

2. Susan Kay Brown (the Debtor) filed a bankruptcy petition and schedules on November 30, 2019. At the time of filing the Debtor was represented by counsel, Elle Ann Brown.

3. On her Schedule A/B (Docket No. 1, page 10-11), Debtor listed two real properties located at 653 N.E. Franklin Ave, Chehalis, WA 98532 and 10718 Edgewood Drive, Anderson Island, WA. For the first property, the value was estimated to be $218,000.00, with a lien of $76,114.00 and a homestead exemption of $125,000.00. The second property was listed as

TRUSTEE'S OBJECTION TO DEBTOR'S REQUEST TO DISMISS CASE
Page 1

Brian L. Budsberg
trustee@busdsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone: (360) 584-9093

undeveloped, vacant land with a value of $4,400.00, no liens and an exemption amount of $2,110.00.

4. On March 2, 2020 I was contacted by the Internal Revenue Service (IRS) informing me there was an additional property associated with the Debtor that she failed to disclose on her bankruptcy petition, attached as **Exhibit A**. The address of the additional property is: 1327 Bishop Rd, Chehalis, WA 98532. The IRS has federal tax liens against both the Debtor's properties located in Chehalis, WA

5. I contacted the Debtor's attorney and requested information on the address provided by the IRS. Debtor's Counsel informed me they spoke with their client, who claimed no ownership in the property.

6. I requested a title report on the property, which is attached as **Exhibit B**. The report shows the Debtor purchased the property on February 10, 2015 and the the IRS filed a claim of lien against the Debtor on September 4, 2018. As I now considered this property to be a potential sellable asset in the case, I filed a motion to employ a realtor, which was approved on May 13, 2020 (Dkt. 25).

7. On May 15, 2020, Debtor's Counsel, Ellen Brown, filed a Motion to Withdraw as Attorney (Dkt. 26) citing that "the Debtor has been uncommunicative, unresponsive, and potentially incomplete in the information provided to us and we cannot effectively represent her without her assistance and accurate information in regard to her case". The motion was granted (Dkt. 29).

8. At my request, the realtor delivered a notice to occupant at the address located at : 1327 Bishop Rd, Chehalis, WA 98532, requesting them to call the realtor and informating them, the Trustee intended to sell the property. On June 8, 2020, the Debtor called the realtor and stated

TRUSTEE'S OBJECTION TO DEBTOR'S REQUEST TO DISMISS CASE
Page 2

Brian L. Budsberg
trustee@busdsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone: (360) 584-9093

she claimed she only owns the manufactured home on the property and not the land. The realtor advised the Debtor to call her attorney. The manufactured home the Debtor claims she is living in is not listed on her schedules and she is claiming a homestead exemption for the property located at 653 N.E. Franklin Ave, Chehalis, WA 98532.

9. On June 10, 2020 the Debtor filed a letter with the Court, requesting her case be dismissed (Dkt. 31). The Debtor states she only found out on June 10 that Ellen Brown withdrew as her attorney of record and claimed she "disclosed owning a trailer located at 1327 Bishop Rd after further investigation by the administrator courts I later found out that I own the property the trailer sits on and nut just the trailer and now I am being told I was not forthcoming with all the information." The Debtor states she was unaware of the circumstances and for those reasons is asking that the Court dismiss her case.

10. I object to the Debtor's request to dismiss the case. It seems disingenuous that the Debtor did not understand the purchase of the property located at 1327 Bishop Rd, nor the reaffirmation agreement she signed in January 2019. When Debtor's counsel asked her about the property, after I informed them of the information provided by the IRS, the Debtor claimed to have no connection with the property at all. It was only upon learning that I intended to sell the property that the Debtor came forth and stated her interests in it.

11. The Debtor has not amended her Schedules to list the property nor changed her claim of homestead exemption. I believe it is appropriate that I sell the property to pay valid claims of the Debtor. If this property is her homestead I will look at selling the other property once she changes her homestead exmpeiton.

Dated this 15th day of June, 2020.

TRUSTEE'S OBJECTION TO DEBTOR'S REQUEST TO DISMISS CASE
Page 3

Brian L. Budsberg
trustee@busdsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone: (360) 584-9093

CHAPTER 7 TRUSTEE

/s/ Brian L. Budsberg, WS #11225
Brian L. Budsberg

TRUSTEE'S OBJECTION TO DEBTOR'S REQUEST TO DISMISS CASE
Page 4

Brian L. Budsberg
trustee@busdsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone: (360) 584-9093