

# INTERNAL REVENUE SERVICE

## FAX TRANSMISSION
## Cover Sheet

Date: March 02, 2020

**To:** BRIAN BUDSBERG

Address/Organization: _____

Fax Number: (360) 252-8333          Office Number: _____

**From:** Burks Priscilla A

Address/Organization: _____

Fax Number: (855) 344-3291          Office Number: _____

Number of pages: 13     *Including cover page*

Subject: #19-43853

I am providing the proof of claim that has been submitted. We are having issues with our bankruptcy system and the proof of claim cannot be sent to the bankruptcy court at this time. I am also providing prints from the county assessor website that shows potential additional real property that I did not see on the bankruptcy schedules.

The property at 653 is listed on the schedules.

Priscilla Burks
Bankruptcy Specialist
Phone: ☐
E-Fax: 855-344-3291

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

| Fill in this information to identify the case: |
|---|
| Debtor 1　SUSAN KAY BROWN |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: WESTERN　　　District of WASHINGTON (State) |
| Case number　19-43853-BDL |

## Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:　Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name
P.O. Box 7346
Number　Street

Philadelphia　　PA　　19101-7346
City　　　　　State　　ZIP Code

Contact phone　1-800-973-0424

Contact email

Creditor Number: 956746890

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name
P.O. Box 7317
Number　Street

Philadelphia　　PA　　19101-7317
City　　　　　State　　ZIP Code

Contact phone　1-800-973-0424

Contact email

**4. Does this claim amend one already filed?**
■ No
☐ Yes. Claim number on court claims registry (if known) _____　Filed on: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filing?

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:　　See Attachment

**7. How much is the claim?**　$ 63,174.03

**Does this amount include interest or other charges?**
☐ No
■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**
☐ No
■ Yes. The claim is secured by a lien on property.

　**Nature of property:**
　■ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
　■ Motor Vehicle
　■ Other. Describe:　*All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

　**Basis for perfection:**　See Attachment
　Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

　**Value of Property:**　$

　**Amount of the claim that is secured:**　$ 58,206.13

　**Amount of the claim that is unsecured:**　$ 4,967.90　(The sum of the secured and unsecured amounts should match the amount in line 7.)

　**Amount necessary to cure any default as of the date of the petition:**　$

　**Annual Interest Rate** (when case was filed)　5 %
　☐ Fixed
　■ Variable

**10. Is this claim based on a lease?**
■ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.　$

**11. Is this claim subject to a right of setoff?**
☐ No
■ Yes. Identify the property　See Attachment

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? | ■ No |
|---|---|
| | ☐ Yes. Check all that apply: |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/24/2020
                  MM / DD / YYYY

/s/ PRISCILLA BURKS
(Signature)

Print the name of the person who is completing and signing this claim:

Name     PRISCILLA                              BURKS
         First name        Middle name          Last name

Title    Bankruptcy Specialist

Company  Internal Revenue Service
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  915 2nd Avenue M/S W244
         Number     Street

         Seattle                        WA          98174
         City                           State       ZIP Code

Contact Phone (206) 946-3134            Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** SUSAN KAY BROWN
AKA KIDS N ME CHILDREN CENTER
653 N.E. FRANKLIN AVE
CHEHALIS, WA 98532

**Form 410 Attachment**

| Case Number |
|---|
| 19-43853-BDL |

| Type of Bankruptcy Case |
|---|
| CHAPTER 7A |

| Date of Petition |
|---|
| 11/30/2019 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims** (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-3525 | INCOME | 12/31/2014 | 11/23/2015 | $6,806.18 | $1,386.48 | $1,483.00 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XXX-XX-3525 | INCOME | 12/31/2015 | 11/21/2016 | $7,563.00 | $2,371.86 | $1,459.10 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XX-XXX2866 | WT-FICA | 06/30/2016 | 07/17/2017 | $1,888.27 | $1,719.78 | $316.50 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XXX-XX-3525 | INCOME | 12/31/2016 | 06/05/2017 | $6,412.00 | $1,849.46 | $873.23 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XX-XXX2866 | WT-FICA | 03/31/2017 | 05/22/2017 | $2,687.67 | $1,582.87 | $370.73 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XX-XXX2866 | WT-FICA | 06/30/2017 | 08/21/2017 | $2,234.82 | $1,119.00 | $279.78 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XX-XXX2866 | WT-FICA | 09/30/2017 | 11/27/2017 | $4,345.54 | $1,748.87 | $480.75 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XX-XXX2866 | WT-FICA | 12/31/2017 | 02/26/2018 | $3,948.94 | $1,463.65 | $392.86 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XX-XXX2866 | FUTA | 12/31/2017 | 02/26/2018 | $292.58 | $60.11 | $29.11 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| XX-XXX2866 | WT-FICA | 03/31/2018 | 05/21/2018 | $2,396.82 | $432.44 | $210.73 | 09/05/2018 09/04/2018 | DEPT OF LICENSI LEWIS COUNTY |
| | | | | $38,575.82 | $13,734.52 | $5,895.79 | | |

**Total Amount of Secured Claims:** $58,206.13

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|

Page 1 of 2

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** SUSAN KAY BROWN
AKA KIDS N ME CHILDREN CENTER
653 N.E. FRANKLIN AVE
CHEHALIS, WA 98532

Form 410
Attachment

| | |
|---|---|
| Case Number | 19-43853-BDL |
| Type of Bankruptcy Case | CHAPTER 7A |
| Date of Petition | 11/30/2019 |

## Unsecured General Claims (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX2866 | WT-FICA | 12/31/2014 | 1  Estimated- SEE NOTE | $4,054.37 | $913.53 |

**Total Amount of Unsecured General Claims:** $4,967.90

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

Page 2 of 2

| 1872 | COURT RECORDING DATA |
|---|---|

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 19-43853-BDL | Lien Recorded : 09/05/2018 - 00:00AM<br>Recording Number:<br>UCC Number : 1374445<br>Liber :<br>Page : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #6<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 321398718 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  SUSAN K BROWN

Residence:
  1327 BISHOP RD
  CHEHALIS, WA 98532

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-3525 | 11/23/2015 | 12/23/2025 | $10,107.23 |
| 1040 | 12/31/2015 | XXX-XX-3525 | 11/21/2016 | 12/21/2026 | $10,403.32 |
| 1040 | 12/31/2016 | XXX-XX-3525 | 06/05/2017 | 07/05/2027 | $7,882.73 |

| Filed at:<br>  DEPT OF LICENSING<br>  OLYMPIA, WA 98504 | Total | $28,393.28 |
|---|---|---|

This notice was prepared and executed at SEATTLE, WA
on this, the 27th day of August, 2018.

| Authorizing Official:<br>  DAN D GULLICKSON | Title:<br>  REVENUE OFFICER    26-08-2511 |
|---|---|

| 1872 | COURT RECORDING DATA |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 19-43853-BDL | Lien Recorded : 09/04/2018 - 00:00AM<br>Recording Number: 3490103<br>UCC Number :<br>Liber :<br>Page : |
| Area: SMALL BUSINESS/SELF EMPLOYED #6<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 321398818 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  SUSAN K BROWN

Residence:
  1327 BISHOP RD
  CHEHALIS, WA 98532

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-3525 | 11/23/2015 | 12/23/2025 | $10,107.23 |
| 1040 | 12/31/2015 | XXX-XX-3525 | 11/21/2016 | 12/21/2026 | $10,403.32 |
| 1040 | 12/31/2016 | XXX-XX-3525 | 06/05/2017 | 07/05/2027 | $7,882.73 |

| Filed at: COUNTY AUDITOR<br>LEWIS COUNTY<br>CHEHALIS, WA 98532 | Total | $28,393.28 |
|---|---|---|

This notice was prepared and executed at SEATTLE, WA on this, the 27th day of August, 2018.

| Authorizing Official:<br>DAN D GULLICKSON | Title:<br>REVENUE OFFICER     26-08-2511 |
|---|---|

| 1872 | COURT RECORDING DATA |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 19-43853-BDL | Lien Recorded : 09/05/2018 - 00:00AM<br>Recording Number:<br>UCC Number : 1374446<br>Liber :<br>Page : |
| Area: SMALL BUSINESS/SELF EMPLOYED #6<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 321398918 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
　KIDS N ME CHILDREN CENTER

Residence:
　1309 BISHOP RD
　CHEHALIS, WA 98532-9263

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2016 | XX-XXX2866 | 07/17/2017 | 08/16/2027 | $6,247.16 |
| 941 | 03/31/2017 | XX-XXX2866 | 05/22/2017 | 06/21/2027 | $3,481.02 |
| 941 | 06/30/2017 | XX-XXX2866 | 08/21/2017 | 09/20/2027 | $2,774.37 |
| 941 | 09/30/2017 | XX-XXX2866 | 11/27/2017 | 12/27/2027 | $5,093.93 |
| 941 | 12/31/2017 | XX-XXX2866 | 02/26/2018 | 03/27/2028 | $4,628.83 |
| 940 | 12/31/2017 | XX-XXX2866 | 02/26/2018 | 03/27/2028 | $294.87 |
| 941 | 03/31/2018 | XX-XXX2866 | 05/21/2018 | 06/20/2028 | $2,415.70 |

| Filed at:<br>　DEPT OF LICENSING<br>　OLYMPIA, WA 98504 | Total | $24,935.88 |
|---|---|---|

This notice was prepared and executed at SEATTLE, WA
on this, the 27th day of August, 2018.

| Authorizing Official:<br>　DAN D GULLICKSON | Title:<br>　REVENUE OFFICER　26-08-2511 |
|---|---|

1872      COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 19-43853-BDL | Lien Recorded : 09/04/2018 - 00:00AM<br>Recording Number: 3490104<br>UCC Number :<br>Liber :<br>Page : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #6<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 321399018 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  KIDS N ME CHILDREN CENTER

Residence:
  1309 BISHOP RD
  CHEHALIS, WA 98532-9263

With respect to each assessment below, unless notice of lien is refiled by the date in column(e), this notice shall constitute the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2016 | XX-XXX2866 | 07/17/2017 | 08/16/2027 | $6,247.16 |
| 941 | 03/31/2017 | XX-XXX2866 | 05/22/2017 | 06/21/2027 | $3,481.02 |
| 941 | 06/30/2017 | XX-XXX2866 | 08/21/2017 | 09/20/2027 | $2,774.37 |
| 941 | 09/30/2017 | XX-XXX2866 | 11/27/2017 | 12/27/2027 | $5,093.93 |
| 941 | 12/31/2017 | XX-XXX2866 | 02/26/2018 | 03/27/2028 | $4,628.83 |
| 940 | 12/31/2017 | XX-XXX2866 | 02/26/2018 | 03/27/2028 | $294.87 |
| 941 | 03/31/2018 | XX-XXX2866 | 05/21/2018 | 06/20/2028 | $2,415.70 |

| Filed at: COUNTY AUDITOR<br>LEWIS COUNTY<br>CHEHALIS, WA 98532 | Total | $24,935.88 |
|---|---|---|

This notice was prepared and executed at SEATTLE, WA
on this, the 27th day of August, 2018.

| Authorizing Official:<br>DAN D GULLICKSON | Title:<br>REVENUE OFFICER     26-08-2511 |
|---|---|

Parcel number 004749000000                                            Page 1 of 6



| | |
|---|---|
| Address | 653 NE Franklin Ave, Chehalis |
| Parcel Number | 004749000000 |
| Owner | Brown, Susan |
| Account # | 2171841 |

Assessed Value $188,400         Taxes Owed $1,049.34

## General Information

| | |
|---|---|
| Parcel Number | 004749000000 |
| Address | 653 NE Franklin Ave, Chehalis |
| Use Code | 11 Single Unit |
| TCA (Tax Code Area) | 020 |
| Current Use | No |
| Total Acres | 0.110 |

## Property Values

| Tax Year | Assessed Value | Land Value | Improvement Value | Current Use Land | Taxable Value Regular | Taxable Value Excess |
|---|---|---|---|---|---|---|
| 2020 | $188,400 | $58,400 | $130,000 | $0 | $188,400 | $188,400 |
| 2019 | $167,600 | $48,700 | $118,900 | $0 | $167,600 | $167,600 |
| 2018 | $167,600 | $48,700 | $118,900 | $0 | $167,600 | $167,600 |
| 2017 | $100,700 | $54,200 | $46,500 | $0 | $100,700 | $100,700 |
| 2016 | $92,800 | $46,300 | $46,500 | $0 | $92,800 | $92,800 |

## Sales History

| Date | Amount | Seller | Buyer | Auditor Filing Number |
|---|---|---|---|---|
| 09/02/1999 | $99,000 | DALOSTO, VICTOR JR | MCMARTIN JAMES D & DIANA | 3073714 |
| 10/03/2003 | $88,360 | MCMARTIN JAMES D & DIANA | BENEFICIAL MORTGAGE CORPORATION | 3179994 |
| 03/17/2004 | $93,000 | BENEFICIAL MORTGAGE CORPORATION | CLEVENGER RICHARD | 3194098 |
| 06/29/2007 | $181,800 | CLEVENGER RICHARD | BROWN SUSAN | 3284387 |

## Charge History

## Current Balance

| Year | Description | Amount |
|---|---|---|
| 2020 | Property Tax Principal | 1045.34 |
| | Noxious Weed Principal | 4.00 |
| Total for 2020 | | 1049.34 |

## Past Charges

| Year | Description | Amount |
|---|---|---|
| 2020 | Principal | 2090.68 |
| | Noxious Weed Principal | 8.00 |
| Total for 2020 (Levy Details) | | 2098.68 |
| Description | Rate / $1000 of assessed value | Amount |
| Chehalis SD #302 - General | 2.439003681496 | 459.5 |
| City of Chehalis | 2.099995622492 | 395.63 |
| State Treas-Tax Levies | 2.003179194169 | 377.39 |

Address　　1319 Bishop Rd, Chehalis
Parcel Number　**010480000000**
Owner　　　Brown, Susan
Account #　2192082

Assessed Value　　　　　　Taxes Owed
$179,600　　　　　　　　　$1,000.51

## General Information

Parcel Number　010480000000
Address　1319 Bishop Rd, Chehalis
Use Code　11 Single Unit
TCA (Tax Code Area)　020
Current Use　No
Total Acres　0.440

## Property Values

| Tax Year | Assessed Value | Land Value | Improvement Value | Current Use Land | Taxable Value Regular | Taxable Value Excess |
|---|---|---|---|---|---|---|
| 2020 | $179,600 | $63,600 | $116,000 | $0 | $179,600 | $179,600 |
| 2019 | $169,000 | $53,000 | $116,000 | $0 | $169,000 | $169,000 |
| 2018 | $169,000 | $53,000 | $116,000 | $0 | $169,000 | $169,000 |
| 2017 | $148,100 | $54,000 | $94,100 | $0 | $148,100 | $148,100 |
| 2016 | $148,100 | $54,000 | $94,100 | $0 | $148,100 | $148,100 |

## Sales History

| Date | Amount | Seller | Buyer | Auditor Filing Number |
|---|---|---|---|---|
| 02/27/2013 | $130,000 | VAUX, VERA E | DAY JAMES & LINDA | 3393337 |
| 03/27/2014 | $165,000 | DAY JAMES & LINDA | BROWN SUSAN | 3412691 |

## Charge History

## Current Balance

| Year | Description | Amount |
|---|---|---|
| 2020 | Property Tax Principal | 996.51 |
|  | Noxious Weed Principal | 4.00 |
| Total for 2020 |  | 1000.51 |

## Past Charges

| Year | Description | Amount |
|---|---|---|
| 2020 | Principal | 1993.02 |
|  | Noxious Weed Principal | 8.00 |
| Total for 2020 (Levy Details) |  | 2001.02 |
| Description | Rate / $1000 of assessed value | Amount |
| Chehalis SD #302 - General | 2.439003681496 | 438.04 |
| City of Chehalis | 2.099995622492 | 377.15 |
| State Treas-Tax Levies | 2.003179194169 | 359.77 |
| County Regular | 1.437323816601 | 258.14 |
| 2019 | Principal | 1709.66 |

|  |  |
|---|---|
| Address | 1327 Bishop Rd, Chehalis |
| Parcel Number | **010479000000** |
| Owner | Brown, Susan |
| Account # | 2151266 |

| Assessed Value | Taxes Owed |
|---|---|
| $120,800 | $674.26 |

## General Information

| | |
|---|---|
| Parcel Number | 010479000000 |
| Address | 1327 Bishop Rd, Chehalis |
| Use Code | 18 Other Residential |
| TCA (Tax Code Area) | 020 |
| Current Use | No |
| Total Acres | 0.440 |

## Property Values

| Tax Year | Assessed Value | Land Value | Improvement Value | Current Use Land | Taxable Value Regular | Taxable Value Excess |
|---|---|---|---|---|---|---|
| 2020 | $120,800 | $115,000 | $5,800 | $0 | $120,800 | $120,800 |
| 2019 | $120,800 | $115,000 | $5,800 | $0 | $120,800 | $120,800 |
| 2018 | $120,800 | $115,000 | $5,800 | $0 | $120,800 | $120,800 |
| 2017 | $80,300 | $76,700 | $3,600 | $0 | $80,300 | $80,300 |
| 2016 | $80,300 | $76,700 | $3,600 | $0 | $80,300 | $80,300 |

## Sales History

| Date | Amount | Seller | Buyer | Auditor Filing Number |
|---|---|---|---|---|
| 01/06/2014 | $85,000 | GUSTAFSON AMY L | DAY JAMES R & LINDA A | 3409494 |
| 02/10/2015 | $129,000 | DAY JAMES R & LINDA A | BROWN SUSAN | 3426566 |

## Charge History

## Current Balance

| Year | Description | Amount |
|---|---|---|
| 2020 | Property Tax Principal | 670.26 |
|  | Noxious Weed Principal | 4.00 |
| Total for 2020 |  | 674.26 |

## Past Charges

| Year | Description | Amount |
|---|---|---|
| 2020 | Principal | 1340.52 |
|  | Noxious Weed Principal | 8.00 |
| Total for 2020 (Levy Details) |  | 1348.52 |
| Description | Rate / $1000 of assessed value | Amount |
| Chehalis SD #302 - General | 2.439003681496 | 294.63 |
| City of Chehalis | 2.099995622492 | 253.67 |
| State Treas-Tax Levies | 2.003179194169 | 241.98 |
| County Regular | 1.437323816601 | 173.62 |
| 2019 | Principal | 1222.06 |