Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: Susan Brown

Address: 1319 bishop rd

Chehalis Wa 98532

Phone No.: 407 489 3665

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:
Susan Brown

                                        ,

Debtor(s).

Bankruptcy Number 19-43853

Chapter 7

**MOTION TO** appear before the judge about said properties

The Debtor(s) hereby move(s) the Court for an Order to stop the proceeding on properties

for the following reasons:

1. I was misinformed about the ownership of the 2 properties. (1327 bishop rd and 1319 bishop rd Chehalis WA 98532)

2. I was granted the property on Franklin Ave during the bankruptcy and filled out proper paperwork and have been current on them

3. Information I want to discuss infront of the judge

Dated this 29th day of July , 20 20

_Susan Brown_
Unrepresented Debtor

Notice of Hearing Prepared and Submitted by the following **UNREPRESENTED DEBTOR:**

Name: Susan Brown

Address: 1319 bishop rd

Chehalis Wa 98532

Phone No.: 407 489 3665

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Susan Brown ,

Debtor(s).

Bankruptcy Number 19-43853

Chapter 7

## NOTICE OF HEARING

Notice is hereby given that Debtor'(s) attached Motion shall be heard on _____ at _____ before the Honorable _____ at _____.

Dated this ____ day of _____, 20__.

_____
Unrepresented Debtor

## Certificate of Service:

I certify that on _____, I mailed a copy of the foregoing Motion and Notice of Hearing to the following parties:

All parties on the attached mailing matrix.

_____

_____

_____
Trustee

_____

_____

_____
United States Trustee

_____
Unrepresented Debtor